■ STEUBEN-ALLEGANY BOARD OF COOPERATIVE EDUCATIONAL SERVICES et al., Appellants, v BOARD OF EDUCATION OF HORNELL CITY SCHOOL DISTRICT, Respondent. (Action No. 1.) BOARD OF EDUCATION OF HORNELL CITY SCHOOL DISTRICT, Respondent, v BOARD OF EDUCATION OF STEUBEN-ALLEGANY BOCES, Defendant-Appellant. (Action No. 2.) [708 NYS2d 671] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Supreme Court properly declared the rights of the parties for reasons stated in its decision. However, because this is a declaratory judgment action, the court erred in dismissing the complaint in action No. 1 (*see, Tumminello v Tumminello*, 204 AD2d 1067). We therefore modify the judgment by vacating the third decretal paragraph. (Appeal from Judgment of Supreme Court, Steuben County, Bradstreet, J.— Declaratory Judgment.) Present—Hayes, J. P., Wisner, Hurlbutt and Kehoe, JJ.